UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE:<br>LARRY VINCENT REED A/K/A LARRY REED<br>    Debtor | BCN#: 18-24462<br><br>Chapter: 7 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-20<br>and its assignees and/or<br>successors in interest,<br>    Movant/Secured Creditor,<br>v.<br>LARRY VINCENT REED AKA LARRY REED<br>    Debtor<br>and<br>Janet M. Nesse<br>    Trustee<br>    Respondents | MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY |

COMES NOW, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-20, its assignees and/or successors in interest, (Movant herein), by Counsel, alleges as follows:

    1.    This Court has Jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334 and 11 U.S.C. 362; Federal Rule of Bankruptcy Procedure 9014; and Local Bankruptcy Rule 4001-1(a), and that this matter is a core proceeding.

2.  The above named Debtor(s) filed a Chapter 7 Petition in Bankruptcy with this Court on October 31, 2018.

3.  The Movant is the current payee of a promissory note secured by a Deed of Trust upon a parcel of real property with the address of 2307 Springbrook Court, Waldorf, MD 20601 and more particularly described in the Deed of Trust dated November 16, 2006 and recorded at Book 6131 at Page 641, among the land records of the County of Charles, Maryland:

> BEGINNING for the same and being known and designated as lot numbered Seventy (70) as shown on the plat entitled "Sheet 3 of 3, SECTION II, LYNBROOK SUBDIVISION", and recorded among the Land Records of Charles County in Liber 24 at folio 269.
>
> The improvements thereon being known as No 2307 Spnngbrook Court.
>
> Copies of the Note and Deed of Trust are attached hereto, marked as exhibits A & B and made a part hereof by reference.

4.  This Movant is informed and believes, and based upon such information and belief, alleges that title to the subject Property is currently vested in the name of the Debtor(s).

5.  As of November 2, 2018 the estimated outstanding obligations are:

| | |
|---|---:|
| Unpaid Principal Balance | $ 239,618.32 |
| Unpaid, Accrued Interest | $ 2,498.15 |
| Uncollected Late Charges | $ 0.00 |
| Mortgage Insurance Premiums | $ 0.00 |
| Taxes and Insurance Payments on behalf of Debtor | $ 0.00 |
| Other Costs | $ 47,861.61 |
| Less: Partial Payments | ($ 0.00) |
| Minimum Outstanding Obligations | $ 289,978.08 |

*Breakdown of Other Costs:
-Corporate Advance: $47,861.61

6.  The Debtor is in default with regard to payments which have become due under the terms of the aforementioned note and Deed of Trust.

S&B# 18-278401

As of November 2, 2018 the Debtor is due for:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 3 | September 1, 2018 | November 1, 2018 | $1,426.84 | $4,280.52 |
| Atty Fees and Costs: | | | | $0.00 |
| | | | Total Payments: | $4,280.52 |

7. The Movant has elected to initiate foreclosure proceedings on the Property with respect to the subject Deed of Trust, but is prevented by the Automatic Stay from going forward with these proceedings.

8. This Movant is informed and believes, and based upon such information and belief, alleges that absent this Court's Order allowing this Movant to proceed with the pending foreclosure, Movant's security will be significantly jeopardized and/or destroyed.

9. Janet M. Nesse, has been appointed by this Court as the Chapter 7 Trustee in this instant Bankruptcy proceeding.

10. This Movant is informed and believes and, based upon such information and belief, alleges that the Debtor has little or no equity in the property.

WHEREFORE, Movant prays for an order granting relief from Automatic Stay, and for such other relief as the Court deem proper.

Dated: November 26, 2018

SHAPIRO & BROWN, LLP
Attorneys for Movant

By: /s/ Malcolm B. Savage, III
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire

S&B# 18-278401

        Federal I.D. Bar No. 18808
        Gregory N. Britto, Esquire
        Federal I.D. Bar No. 22531
        Renee Dyson, Esquire
        Federal I.D. Bar No. 15955
        Malcolm B. Savage, III, Esquire
        Federal I.D. Bar No. 20300
        Nicole Lipinski, Esquire
        Federal I.D. Bar No. 19283
        LAW OFFICES OF
        SHAPIRO & BROWN, LLP
        10021 Balls Ford Road, Suite 200
        Manassas, Virginia 20109
        (703) 449-5800
        ECF@Logs.com

S&B# 18-278401

Certificate of Service

I hereby certify that on the 26th day of November, 2018, the following person(s) were served a copy of the foregoing Motion for Order for Relief from Automatic Stay in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| Albert Kaleb Coto<br>Robert A. Ades & Associates, PC<br>4301 Garden City Dr., Suite 300<br>Hyattsville, MD 20785 | Debtor's Attorney |
| Janet M. Nesse<br>McNamee, Hosea, et.al.<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770 | Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Larry Vincent Reed aka Larry Reed<br>2307 Springbrook Court<br>Waldorf, MD 20601 | Debtor |

/s/ Malcolm B. Savage, III
William M. Savage, Esquire
Kristine D. Brown, Esquire
Thomas J. Gartner, Esquire
Gregory N. Britto, Esquire
Renee Dyson, Esquire
Malcolm B. Savage, III, Esquire
Nicole Lipinski, Esquire

S&B# 18-278401